## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES T. DEITZEL,

      Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                    Case No. 13-cv-592-wmc

CITY OF MADISON, WISCONSIN
and MUNICIPAL JUDGE KOVAL,

      Defendants.

    This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Charles T. Deitzel's complaint without prejudice to plaintiff re-asserting his claims in state court.

| /s/ | 8/22/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |